**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MURALIDHAR REDDY LINGAM,** individually and on behalf of all others similarly situated, | : : : | |
| | : | |
| Plaintiffs, | : | **Case No. 2:26-cv-0039** |
| | : | |
| v. | : | **Judge Michael H. Watson** |
| | : | |
| **BATH & BODY WORKS, INC.,** *et al.*, | : | **Magistrate Judge Elizabeth Preston** |
| | : | **Deavers** |
| Defendants. | : | |

**ORDER**

This matter is before the Court on the parties' Joint Motion for Extension of Time Regarding Case Schedule. The Court **GRANT**S the parties' Joint Motion.

Plaintiff Muralidhar Reddy Lingam filed the above-captioned putative securities class action on January 12, 2026 (the "Action"). This Action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq.*, which provides, among other things, for a specific process for the appointment of lead plaintiff(s) and lead counsel to represent the putative class.

In accordance with the PSLRA, counsel for Plaintiff published notice of pendency of the Action on January 13, 2026. Accordingly, pursuant to 15 U.S.C. § 78u-4(a)(3)(A), the deadline for any putative class member to move for appointment as Lead Plaintiff is March 14, 2026.

Pursuant to the parties' joint agreement, the Court **ORDERS** that Defendants shall not be required to answer or otherwise respond to the Complaint and each is expressly relieved from answering or otherwise responding to the Complaint until further ordered by the Court.

1

Within **14 days** of this Court's Order appointing Lead Plaintiff(s) and Lead Counsel in this Action pursuant to the PSLRA, the Court **ORDERS** Lead Counsel and counsel for the Defendants to confer and file with the Court a joint motion and proposed order with a schedule that sets forth the time for:

(A) Lead Plaintiff(s) to (i) file an operative complaint, which shall supersede all other complaints filed in this Court; or (ii) inform Defendants that a previously filed complaint will be the operative complaint in this Action; and

(B) Defendants to move or plead in response to the operative complaint.

**IT IS SO ORDERED.**

DATED: __February 17, 2026__          _s/ *Elizabeth A. Preston Deavers*_____
                                    ELIZABETH A. PRESTON DEAVERS
                                    UNITED STATES MAGISTRATE JUDGE