United States District Court
Southern District of Ohio

_____

### Related Case Memorandum
### Civil Cases

TO: Judge Sargus/Magistrate Judge Jolson; Judge Watson/Magistrate Judge Deavers

FROM: Jodi L. Keener _____ , Deputy Clerk

DATE: 3/4/2026 _____

SUBJECT: Case Caption: Jayaprakash v. Heaf et al

CASE: Case Number: Doc. 2:26-cv-00245 1

DISTRICT JUDGE: Sargus/Jolson

File Date: 02/27/2026

_____

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** _____

Case Caption: **Lingam v. Bath & Body Works, Inc. et al**

Case Number: **Doc. 2:26-cv-039 1-1**        District Judge: **Judge Watson**

File Date: **01/12/2026**        Magistrate Judge: **MJ Deavers**

**Related Case(s):** _____

Case Caption: _____

Case Number: _____        District Judge: _____

File Date: _____        Magistrate Judge: _____

Memo Re: Related Civil Cases
Page 2


The District Judges having conferred, we respond to Case Administrator   **Jodi L. Keener**
as follows:


**Judges' Response:**

☐   We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒   We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   **Watson**

☐   We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐   We are unable to agree and will accept any decision made by the Chief Judge.

☐   I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐   I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐   Other Direction of Judge: _____

---

s/Edmund A. Sargus, Jr. 3/4/2026
_____
United States District Judge

_____
United States District Judge


_____
United States District Judge


Cc:  Courtroom Deputies


*Revised 7/19/2012*