## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MURALIDHAR REDDY LINGAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BATH & BODY WORKS, INC., GINA BOSWELL, DANIEL HEAF, and EVA C. BORATTO, <br><br> Defendants. | Case No. 2:26-cv-00039 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge S. Courter Shimeall <br><br> <u>CLASS ACTION</u> |

**RESPONSE IN SUPPORT OF THE MOTION OF CITY OF MIAMI FIRE FIGHTERS'
AND POLICE OFFICERS' RETIREMENT TRUST FOR APPOINTMENT AS LEAD
<u>PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL</u>**

City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami FIPO") respectfully submits this response in support of its motion for appointment as Lead Plaintiff and approval of its selection of counsel.  ECF No. 9, PageID #155 (the "Motion").

On March 14, 2026, Miami FIPO timely filed its Motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), seeking appointment as Lead Plaintiff and approval of its selection of Bleichmar Fonti & Auld LLP as Lead Counsel for the Class.  One other movant also filed a motion seeking Lead Plaintiff appointment.  *See* ECF No. 8, PageID #77.  Miami FIPO has reviewed the competing Lead Plaintiff motion and has determined that Miami FIPO does not claim the largest financial interest in this case.

The PSLRA provides that, in selecting a Lead Plaintiff, courts "shall adopt a presumption" that the movant asserting the "largest financial interest in the relief sought by the class," that otherwise satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), is the "most adequate plaintiff" to represent the class. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).  Here, as set forth in its Motion and supporting documents, Miami FIPO suffered substantial losses of roughly $503,503.  ECF No. 9 at 7, PageID #161.  Miami FIPO also satisfies the typicality and adequacy requirements of Rule 23 because its claims are typical of the members of the class, and Miami FIPO will fairly and adequately protect the interests of the class. *Id.* at 8-9, PageID #162-163.

Given its substantial financial interest and ability to represent the class, should the Court find that the competing movant with a larger claimed financial interest fails to meet the PSLRA's criteria for appointment, Miami FIPO respectfully requests that the Court grant its Motion, appoint it as Lead Plaintiff, and approve its selection of counsel.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).

DATED: April 6, 2026

Respectfully Submitted,

**CHANEY & DREXEL, LLC**

 /s/ John L. Chaney
John L. Chaney (#0072447)
1 East Livingston Avenue
Columbus, OH 43215
Telephone: (614) 324-5900
chaney@chaneydrexel.com

*Local Counsel for Proposed Lead Plaintiff City
of Miami Fire Fighters' and Police Officers'
Retirement Trust*

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar
Erin Woods
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com
ewoods@bfalaw.com

-and-

Ross Shikowitz
75 Virginia Road
White Plains, New York 10603
Telephone: (914) 265-2991
Facsimile: (212) 205-3960
rshikowitz@bfalaw.com

*Counsel for Proposed Lead Plaintiff
City of Miami Fire Fighters' and Police Officers'
Retirement Trust and Proposed Lead Counsel for
the Class*

**KLAUSNER, KAUFMAN, JENSEN &
LEVINSON**
Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202

2

Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Proposed Lead Plaintiff*
*City of Miami Fire Fighters' and Police Officers'*
*Retirement Trust*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ John L. Chaney
John L. Chaney